KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (SBN 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6996
    Facsimile:   (415) 436-6748
    Email:       steven.saltiel@usdoj.gov

Attorneys for Plaintiff USA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MAY FOOD SUPPLY, INC. and MAY CHANG, <br><br> Defendants. | No. C 05-4434 JL <br> **E-FILING CASE** <br><br> **CONSENT DECREE AND JUDGMENT** |

    WHEREAS, on November 1, 2005, the United States of America commenced a civil action for injunctive relief pursuant to the Federal Meat Inspection Act ("FMIA"), 21 U.S.C. § 601 et seq., and the Poultry Products Inspection Act ("PPIA"), 21 U.S.C. § 451 et seq., to enjoin defendants from violating the FMIA and PPIA by: (1) selling, transporting, or offering for sale or transportation, uninspected and misbranded meat and poultry products; (2) using the official mark of federal inspection without authorization; and (3) misrepresenting that their meat and poultry products have been inspected and passed under the FMIA and PPIA. Specific instances of such conduct by defendants are set forth in the Complaint for Injunctive Relief, dated November 1, 2005.

    WHEREAS the parties desire to settle this action, and therefore consent to the entry by the Court of the following provisions as a judgment in this action.

NOW, on the joint application of all parties, it is hereby STIPULATED, CONSENTED TO, and AGREED that:

1. This Court has personal jurisdiction over all the parties to this action, and jurisdiction over the subject matter in the Complaint.

2. Defendants, their successors and assigns, their agents and employees, and those persons in active concert or participation with them, whether directly or indirectly, are permanently enjoined from: (i) selling, transporting, or offering for sale or transport, meat, poultry, and meat and poultry food products required to be inspected by the United States Department of Agriculture ("USDA"), unless such products are so inspected and passed; (ii) selling, transporting, or offering for sale or transportation, meat, poultry, and meat and poultry food products that are misbranded, and performing acts which cause such products to be misbranded; (iii) using the official mark of federal inspection without authorization, and misrepresenting that their meat and poultry products have been inspected and passed under the FMIA and PPIA.

3. Defendants, their successors and assigns, their agents and employees, shall prepare and maintain records documenting all meat and poultry products that defendants sell, offer for sale, transport, offer for transportation, or receive in commerce. Such records shall include, at a minimum, records showing (a) the common name of the product and the amount of each product sold to each customer; (b) person or entity from whom defendant received product; and (c) the date of sale. Defendant shall maintain each record for a period of not less than three years from the date of origination of the record.

4. Defendants shall, at all reasonable times, afford duly authorized representatives of the USDA full access to defendants' place of business. Full access shall include full and unimpeded opportunity to inspect and examine defendants' facilities, inventory, and records, to copy all such records, and to take reasonable samples of inventory. All reasonable times shall include any hours during which defendants are doing business. Upon request of the USDA, defendants shall provide English translations of any and all records.

5. Defendants agree that, upon the violation of any of the provisions of this Consent Decree, defendants shall be immediately jointly and severally liable to plaintiff for each item of uninspected or misbranded meat or poultry product offered for sale, sold, offered for transportation, transported, or received in commerce as follows: 1) first violation the sum of $100.00 per pound; 2) second violation the sum of $200.00 per pound; 3) third violation and any subsequent violation, the sum of $500.00 per pound. Defendants further agree that plaintiff shall have the right to enter upon defendants' place of business and seize and destroy any and all misbranded, uninspected, or adulterated meat or poultry products.

6. Defendants shall pay to the United States the sum of Two Thousand Eight Hundred Forty-Seven Dollars and Sixty-Six Cents ($2,847.66), representing investigative costs incurred in connection with the investigation of this matter. Said payment shall be made by check payable to the "U.S. Department of Justice." The check will be mailed to Steven J. Saltiel, Assistant United States Attorney, Civil Division, 450 Golden Gate Avenue, 10th Floor, Box 36055, San Francisco, California 94102, within thirty (30) days of the date this Consent Order is "so ordered" by the Court.

7. Should enforcement proceedings beyond this Decree be necessary, the United States shall recover from the defendants the court costs and expenses incurred by the United States Attorney and USDA in such proceedings, including the investigative and preparation time at the rate of $43.64 per hour, per person, as set forth in 9 C.F.R. § 391.2.

8. Neither this Consent Decree and Judgment, nor the terms and conditions hereof, shall be deemed a waiver of plaintiff's right to seek relief for the violations alleged in the Complaint.

9. This Court retains jurisdiction to issue further decrees and orders as may be necessary to construe, carry out, modify, or enforce compliance with this Decree, and should the defendants fail to abide by and perform all the terms and conditions of this Decree or such further decree as may be entered in this action, the United States shall apply only to this Court for relief, and any alleged violation of this decree shall be adjudicated by this Court.

CONSENT DECREE AND JUDGMENT
C-05-4434 JL                                                3

1      8. Each party shall bear its own costs and attorneys' fees.

DATED: December , 2005      KEVIN V. RYAN
Jan 11 2006      United States Attorney

_____
STEVEN J. SALTIEL
Assistant United States Attorney

DATED: December , 2005      LEW, FONG, LEUNG, LEE & CHAN

_____
NORMAN LEW
Attorneys for Defendants

DATED: December , 2005
Jan. 9/2006

_____
MAY CHANG
Defendant and as President of May Food Supply, Inc.

IT IS SO ORDERED.

DATED: January 20, 2006

JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California seal)

CONSENT DECREE AND JUDGMENT
C-05-4434 JL      4